UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID ESCOTO-CANACAS, OLVAN NAVARRO, and MARCO DIAZ-CRUZ<br><br>        Defendants. | No. CR 23-00406 WHA<br><br>*Related to:*<br>CR 23-00375 WHA<br>CR 23-00430 WHA<br><br>**ORDER SETTING HEARING AND TRIAL DATE** |

Defendants' motions for recusal have been denied in each of the captioned prosecutions. We will hold a scheduling conference on **FEBRUARY 14, 2024 AT 1:30 PM** in all three cases. Given the somewhat parallel nature of the three prosecutions, all involving the same counsel on both sides, they will all go to trial on **MARCH 25, 2024 AT 7:30 AM**. They will be tried *ad seriatim*. Counsel shall determine which will go first, second, and third.

The Court expects that it will take about a week and a half, and at most two weeks, to try all three. These three prosecutions have been pending since October 13, 2023 (Navarro), November 1, 2023 (Escoto-Canacas) and November 7, 2023 (Diaz-Cruz). All three have been in custody from then to now. It is time for them to go to trial.

**IT IS SO ORDERED.**

Dated: February 2, 2024

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE